Dismissed and Opinion filed December 19, 2002









Dismissed and Opinion filed December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01152-CV

____________

 

TED
E. DAHL AS TRUSTEE OF THE ROSALIE DAHL TRUST ESTATE, Appellant

 

V.

 

PATRICK
SHIPPER, DANIEL W. SHIPPER, PAMELA SHIPPER MOORE, LEILANI ALLEN, CAROLYN DIANE
SHIPPER ARMSTRONG, LINDA SUE SHIPPER BLENDER, DEBORAH LYNN SHIPPER MOORE, LOY
LEE SHIPPER, LARRY ARMIN SHIPPER, LARRY C. MORRIS, VICTOR L. MORRIS, VICTOR J.
MORRIS, NED B. MORRIS, III, ANITA GIBSON, LOIS DARNEAL, JOYCE SALTER, LINDA S.
KREJCI, DAVID LEE KREDNER, BURKE MARTIN, WELDON FUNDERBURK, AND JAMES R. HUNT, Appellees

 



 

On Appeal from the 157th District Court

Harris
County, Texas

Trial Court Cause No. 00-13271

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed August 12, 2002.  

On December 16, 2002, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.








Accordingly, the appeal is ordered dismissed.  

 

PER CURIAM

Judgment rendered and Opinion
filed December 19, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).